AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

NOV 6 2025 PM1:21
FILED-USDC-CT-HARTFORD

United States of America
v.
SHARIF DJIBO

Case No. 3:25cr182 (SRU)

_Defendant_

True Copy
ATTEST:
DINAH MILTON KINNEY
Clerk, U.S. District Court
By /s/ Melissa Ruocco
Deputy Clerk

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ SHARIF DJIBO,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:371 Conspiracy
18:641 Theft of Government Property
18:1028A(a)(1) Aggravated Identity Theft

Date: 10/29/2025

/s/ Melissa Ruocco
_Issuing officer's signature_

City and state: New Haven, CT

Melissa Ruocco, Deputy Clerk
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 10/29/25, and the person was arrested on _(date)_ 11/6/25
at _(city and state)_ East Hartford, CT.

Date: 11/6/2025

_Arresting officer's signature_

Andrew Murphy, Special Agent
_Printed name and title_